| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND  - SOUTHERN DIVISION |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Warfield Historic Properties, LLC** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-4084121** |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **One Research Court, Suite 450** <br> **Rockville, MD 20850** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Montgomery** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　page 1

Debtor **Warfield Historic Properties, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Warfield Historic Properties, LLC**            Case number (*if known*) _____
      Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Warfield Historic Properties, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Warfield Historic Properties, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 22, 2024**
MM / DD / YYYY

X **/s/ Roger Conley**
Signature of authorized representative of debtor

**Roger Conley**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Michael J. Lichtenstein Federal Bar No.**
Signature of attorney for debtor

Date **March 22, 2024**
MM / DD / YYYY

**Michael J. Lichtenstein Federal Bar No. 05604**
Printed name

**Shulman Rogers, P.A.**
Firm name

**12505 Park Potomac Avenue, Sixth Floor**
**Potomac, MD 20854**
Number, Street, City, State & ZIP Code

Contact phone **301-230-5200**     Email address

**Federal Bar No. 05604 MD**
Bar number and State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Warfield Historic Properties, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND - SOUTHERN DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Rosen Hoover Sykes Brown, P.A.**<br>**300 Redland Court, Suite 203**<br>**Owings Mills, MD 21117** | | | **Disputed** | | | $10,746.00 |
| **Sudow Kohlhagen LLP**<br>**1000 Maine Avenue SW, Suite 325**<br>**Washington, DC 20024** | | | **Disputed** | | | $115,780.10 |
| **Waldon Studio Architects**<br>**31 Light Street, Suite 500**<br>**Baltimore, MD 21202** | | | **Disputed** | | | $9,667.29 |

# United States Bankruptcy Court
## District of Maryland - Southern Division

In re  **Warfield Historic Properties, LLC**  
                                  Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 22, 2024**

**/s/ Roger Conley**  
**Roger Conley**/**President**  
Signer/Title

Town of Sykesville
Attn: Aretha Adams, Town Manager
7547 Main Street
Sykesville, MD 21784


Absolute Landscape & Turf Services, Inc.
4781 Ten Oaks Road
Dayton, MD 21036


Alvarez & Marsal
655 15th St NW, Suite 600
Washington, DC 20005


Andrew Turnbaugh
920 Lower Glencoe Road
Sparks Glencoe, MD 21152


Baltimore Gas and Electric Company
2 Center Plaza, 110 West Fayette Street
Baltimore, MD 21201


Baltimore Sun
300 E. Cromwell Street
Baltimore, MD 21230


Charles Belfoure
4596 Wilder Run Lane
Westminster, MD 21158

Cogo Interactive, LLC- ACH
3901 Centerview Drive, Suite H
Chantilly, VA 20151

Commissioners of Carroll County
225 North Center St.
Westminster, MD 21157

Craver, Grothe, and Cox
303 West State Street
Centerville, IA 52544

Dentons Davis Brown PC
215 10th St, Suite 1300
Des Moines, IA 50309

Edgemont Builders
2303 N. Charles Street
Baltimore, MD 21218

Employers Preferred Insurance Company
701 US Highway 1, Suite 200
North Palm Beach, FL 33408

First Insurance Funding Corp
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

Great American Insurance Co.
301 E Fourth Street
Cincinnati, OH 45202



Hartford
200 Colonial Parkway, Suite 500
Lake Mary, FL 32746



Hoffman Comfort Offut Scott & Halstad
24 North Court Street
Westminster, MD 21157



Home Paramount Pest Control Co
2011 Rock Spring Road
Forest Hill, MD 21050



Hord Coplan Macht, Inc.
700 East Pratt Street, Suite 1200
Baltimore, MD 21202



HPS Management, Inc
424  N. Union Avenue
Havre De Grace, MD 21078



Intelligent Office
1 Research Court, Suite 450
Rockville, MD 20850

Joseph Greenwald Laake PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

KIG Insurance
10150 York Rd, Suite 420
Cockeysville, MD 21030

Langley Realty Partners LLC
7954 Blitz Court
Dunn Loring, VA 22027

Laurence Howard & Associates
1777 Reisterstown Rd, Suite 354
Pikesville, MD 21208

Lipman Frizzell & Mitchell
6085 Marshalee Drive, Suite 200
Elkridge, MD 21075

McCreesh Slate Roofing LLC
901 Hargrove Street
Baltimore, MD 21202

Morris and Ritchie Associates, Inc.
3445-A Box Corporate Center Drive
Abingdon, MD 21009

Perry, White, Ross and Jacobson
54 State Circle
Annapolis, MD 21401


RAM Restoration Contractors, Inc
PO Box 34326
Baltimore, MD 21221


Real Property Research Group, Inc.
10400 Little Patuxent Parkway, Suite 450
Columbia, MD 21044


Remove It Dot Com
1663 Exexter Rd
Westminster, MD 21157


Rosen Hoover Sykes Brown, P.A.
300 Redland Court, Suite 203
Owings Mills, MD 21117


SBC Outdoor Services
320 W 24th St
Baltimore, MD 21211


Shannon-Baum Signs and Graphics, Inc
105 Competitive Goals Drive
Sykesville, MD 21784

Southway Builders  
1318 E. Fort Ave  
Baltimore, MD 21230

Steven D. McCleaf  
7954 Blitz Court  
Dunn Loring, VA 22027

Sudow Kohlhagen LLP  
1000 Maine Avenue SW, Suite 325  
Washington, DC 20024

Summit LIHTC Consulting LLC  
200 Blazing Star Place  
Lees Summit, MO 64081

Support Unlimited Inc  
212 Braeburn Drive  
Walkersville, MD 21793

Toole Katz & Roemersma, LLP  
1911 N Fort Myer Dr, Suite 600  
Arlington, VA 22209

Waldon Studio Architects  
31 Light Street, Suite 500  
Baltimore, MD 21202

Warfield Land Condominium, Inc
c/o HPS Management
424 N. Union Avenue
Havre De Grace, MD 21078


Warfield Property Owners Assoc
c/o HPS Management
424 N. Union Avenue
Havre De Grace, MD 21708


Warfield Renewal, LLC
One Research Court, Suite 450
Rockville, MD 20850


Warfield Investments, Inc.
One Research Court, Suite 450
Rockville, MD 20850


Bryan D. Bolton, Esquire
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202


Comptroller of Maryland
Compliance/Bankruptcy Division
301 W. Preston Street, Room 409
Baltimore, MD 21201-2383


Dennis J. Hoover, Esquire
Rosen Hoover P.A.
One Charles Center
100 North Charles Street, Suite 1010
Baltimore, MD 21201-3804

Elissa D. Levan, Esquire
Levan Ruff LLC
2007 Tidewater Colony Drive
Annapolis, MD 21401



Maryland Department of Labor
1100 N. Eutaw Street, Room 401 522
Baltimore, MD 21201



Social Seurity Administration
Office of the General Counsel
Office of Program Litigation/Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235



U.S. Attorney District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201-3020