IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| IN RE: ) | |
| ) | Case Nos. 24-12500; 24-12506; 24-12504 |
| WARFIELD HISTORIC ) | 24-12508; 24-12511 |
| PROPERTIES, LLC, *et al.*, ) ) | |
| ) | (Jointly Administered Under |
| Debtors. ) | Case No. 24-12500) |
| ) | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE OWNERSHIP STATEMENT PURSUANT
TO BANKRUPTCY RULES 1007(A)(1) AND 7007.1**

Debtor Warfield Historic Properties, LLC, files this Corporate Ownership Statement pursuant to rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and states that the following corporation(s), other than the debtor or a government unit, directly or indirectly own(s) 10% or more of any class of the Debtor's equity interests:

None.

Dated: March 28, 2024

**WARFIELD HISTORIC PROPERTIES, LLC**

**By:
WARFIELD RENEWAL, LLC:**

*/s/ Roger Conley*
By: Roger Conley
Its President