Entered: January 4th, 2025
Signed: January 2nd, 2025

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–12500 – LSS**   Chapter: **11**

**Warfield Historic Properties, LLC and**
**Warfield Center, LLC**
Debtors

## COURT INSTRUCTION

The relief requested at docket entry 91 is neither granted nor denied. It is hereby ORDERED, that Debtor shall file an amended Application to Employ seeking the Court's approval to employ the replacement escrow agent referenced in the latest status update within 10 days of the entry of this Order, or the Court may deny the Application without further notice or a hearing.

cc:   Debtor
      Attorney for Debtor – Michael J. Lichtenstein
      U.S. Trustee

**End of Order**