**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| IN RE: ) | |
| ) | Case Nos. 24-12500; 24-12506; 24-12504 |
| WARFIELD HISTORIC ) | 24-12508; 24-12511 |
| PROPERTIES, LLC, *et al.*, ) | |
| ) | (Jointly Administered Under |
| Debtors.    ) | Case No. 24-12500) |
| ) | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR (i) CONTINUANCE OF HEARINGS ON
CONFIRMATION OF DEBTORS' JOINT AMENDED CHAPTER 11 PLAN OF
REORGANIZATION, TOWN OF SYKESVILLE'S MOTION FOR ESTIMATION
OF CLAIMS, AND TOWN OF SYKESVILLE'S MOTION FOR RELIEF FROM STAY;
AND (ii) POSTPONEMENT OF CERTAIN RELATED FILING DEADLINES**

Warfield Historic Properties, LLC, Warfield Historic Quad, LLC, Warfield Center, LLC, Warfield Properties, LLC, and Warfield Restoration, LLC, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and The Town of Sykesville ("Town"), by and through their respective undersigned counsel, hereby move this Court to continue the hearings scheduled for January 27, 2025 and February 3, 2025, and to postpone certain related filing deadlines. In support of this motion, the Debtor and the Town (collectively the "Movants") state as follows:

1. On November 14, 2024, the Debtors filed a Joint Amended Chapter 11 Plan of Reorganization (Docket 131) (the "Plan"), and the Court has scheduled a hearing to consider confirmation of the Plan for February 3, 2025.

2. On December 20, 2024, the Town filed a Motion seeking relief from the automatic stay to continue litigation pending in the Circuit Court for Carroll County, Maryland

(Docket 147) (the "Lift Stay Motion"), and scheduled a hearing on the Lift Stay Motion for January 27, 2025.

3. On December 20, 2024, the Town filed a Motion to estimate and allow for voting purposes the Town's claims based upon prepetition breach of preservation and reversion agreements (Docket 146) (the "Estimation Motion").

4. The Debtors have filed Oppositions to the Town's two motions (Dockets 151, 152).

5. After conferring, the Movants have agreed to seek a continuance of the scheduled hearings and postponement of certain filing deadlines in light of the multitude and complexity of the issues involved.

6. Accordingly, and considering potential witnesses' schedules and availability, the Movants respectfully request that the Court (i) schedule hearings on the Lift Stay Motion and the Estimation Motion for an available date between February 27, 2025, and March 14, 2025, and on confirmation of the Debtors' Plan for an available date between March 31, 2025, and April 18, 2025; (ii) extend the deadline for submitting votes on the Debtors' Plan until February 3, 2025; and (iii) extend the Town's deadline to object to the Debtors' Plan until February 20, 2025, without prejudice to any objections to confirmation of such Plan that the Town may have.

**WHEREFORE**, the Debtors and the Town respectfully request that this Court continue the hearings and postpone the filing dates as set forth above and grant such other relief as is just and proper under the circumstances.

Respectfully submitted,

**SHULMAN ROGERS, P.A.**

By: /s/ Michael J. Lichtenstein
Michael J. Lichtenstein (Bar No. 05604)
Benjamin P. Smith (Bar No. 17680)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:   (301) 230-5231 (Lichtenstein)
            (301) 230-5241 (Smith)
FAX:   (301) 230-2891
Email: mjl@shulmanrogers.com
bsmith@shulmanrogers.com

*Attorneys for Debtor*

**FUNK & BOLTON, P.A.**

By: /s/ Bradley J. Swallow
Bradley J. Swallow (Bar No. 11250)
Eric S. Schuster, (Bar No. 03417)
100 Light Street, Suite 1400
Baltimore, MD 21202
TEL:   (410) 659-8320
FAX:   (410) 659-7773
Email: bswallow@fblaw.com

*Counsel for The Town of Sykesville*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 8th day of January, 2025 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the **Joint Motion for a Continuance on Debtor's Confirmation Hearing, Sykesville's Motions for Estimation of Claims and Lift Stay Motion and Proposed Order** were served electronically by the Court's CM/ECF system on the following:

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Robert B. Scarlett RScarlett@ScarlettCroll.com, krynarzewski@scarlettcroll.com, scarlettrr64434@notify.bestcase.com

Bradley J. Swallow bswallow@fblaw.com, bswallow@fblaw.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

I **FURTHER HEREBY CERTIFY** that copies of the foregoing **Joint Motion for a Continuance on Debtor's Confirmation Hearing, Sykesville's Motions for Estimation of Claims and Lift Stay Motion and Proposed Order** were mailed, postage prepaid this 8th day of January, 2025

    20 Largest Unsecured Creditors on the attached List

    Respectfully submitted,

    **SHULMAN ROGERS, P.A.**

By:   /s/ Michael J. Lichtenstein
      Michael J. Lichtenstein (Bar No. 05604)
      Benjamin P. Smith (Bar No. 17680)
      12505 Park Potomac Avenue, Sixth Floor
      Potomac, Maryland 20854
      TEL:  (301) 230-5231 (Lichtenstein)
             (301) 230-5241 (Smith)
      FAX:  (301) 230-2891
      Email:  mjl@shulmanrogers.com
              bsmith@shulmanrogers.com

*Attorneys for Debtor*

| | | |
|---|---|---|
| Absolute Landscape & Turf Services, Inc.<br>4781 Ten Oaks Road<br>Dayton, MD 21036 | Craver, Grothe, and Cox<br>303 West State Street<br>Centerville, OA 52544 | Intelligent Office<br>1 Research Court, Suite 450<br>Rockville, MD 20854 |
| Joseph Greenwald Laake, P.A.<br>6404 Ivy Lane, Suite 400<br>Greenbelt, MD 20770 | Langley Realty Partners LLC<br>7954 Blitz Court<br>Dunn Loring, VA 22027 | Perry, White, Ross and Jacobson<br>54 State Circle<br>Annapolis, MD 21401 |
| Rosen Hoover<br>Sykes Brown, P.A.<br>300 Redland Court, Ste 203<br>Owings Mills, MD 21117 | Sudow Kohlhagen, LLP<br>1000 Maine Avenue SW, Ste 325<br>Washington, DC 20024 | Support Unlimited Inc,<br>212 Braeburn Drive<br>Walkersville, MD 21793 |
| Waldon Studio Architects<br>31 Light Street, Ste 500<br>Baltimore, MD 21202 | Warfield Land Condominium, Inc.<br>c/o HPS Management<br>424 N. Union Avenue<br>Havre De Grace, MD 21078 | Warfield Property Owners Assoc.<br>c/o HPS Management<br>424 N. Union Avenue<br>Havre De Grace, MD 21078 |

52050.043:  238350.2