Entered: February 28th, 2025
Signed: February 27th, 2025

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | * | Case Nos. 24-12500; 24-12504; 24-12506; 24-12508; 24-12511 |
| **WARFIELD HISTORIC PROPERTIES, LLC,** *et al.*, | * | (Chapter 11) |
| | * | Jointly Administered Under Case No. 24-12500-LSS |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION EXTENDING TIME FOR THE TOWN OF SYKESVILLE TO OBJECT TO CONFIRMATION OF DEBTORS' JOINT AMENDED CHAPTER 11 PLAN OF REORGANIZATION

The Town of Sykesville (the "Town"), and Warfield Historic Properties, LLC, Warfield Historic Quad, LLC, Warfield Center LLC, Warfield Properties, LLC, and Warfield Restoration, LLC (collectively, the "Debtors"), by their respective undersigned counsel, in consideration of the Status Conference scheduled for 9:00 a.m. on Monday, March 3, 2025, to address the parties' proposed scheduling modifications in these jointly administered cases, hereby stipulate and agree that the Town's deadline to object to confirmation of the Debtors' Joint Amended Chapter 11 Plan of Reorganization (Docket 131) (as the same may be amended or modified, the "Plan"), presently set for February 27, 2025, shall be extended until March 3, 2025, or in such other manner as the Court may determine at the Status Conference.

Dated: February 27, 2025

| | |
|---|---|
| /s/ *Michael J. Lichtenstein* | /s/ *Bradley J. Swallow* |
| Michael J. Lichtenstein, Esquire | Bradley J. Swallow, (Bar No. 11250) |
| (Bar No. 05604) | FUNK & BOLTON, P.A. |
| SHULMAN ROGERS, P.A. | 100 Light Street, Suite 1400 |
| 12505 Park Potomac Avenue, Sixth Floor | Baltimore, Maryland 21202 |
| Potomac, Maryland 20854 | 410.659.8320 (telephone) |
| Telephone (301) 230-5231 | 410.659.7773 (facsimile) |
| mjl@shulmanrogers.com | bswallow@fblaw.com |
| | |
| *Counsel for the Debtors* | *Counsel for The Town of Sykesville* |

## CERTIFICATION OF ORIGINAL SIGNATURES

I HEREBY CERTIFY that the signatures represented by /s/ on this paper reference the signatures of consenting parties on the original Stipulation.

/s/ Bradley J. Swallow
Bradley J. Swallow

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February 2025, a copy of the foregoing Stipulation Extending Time for the Town of Sykesville to Object to Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization was served electronically by the Court's CM/ECF system on the following:

> Michael J. Lichtenstein, Esquire mjl@shulmanrogers.com; tlockwood@shulmanrogers.com; nlawal@shulmanrogers.com
> Rebekah F. Paradis, Esquire rparadis@shulmanrogers.com
> Lynn A. Kohen, Esquire lynn.a.kohen@usdoj.gov
> US Trustee – Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
> Robert B. Scarlett, Esquire RScarlett@ScarlettCroll.com, krynarzewski@scarlettcroll.com, scarlettrr64434@notify.bestcase.com

/s/ Bradley J. Swallow
Bradley J. Swallow

52050.043:239107

2