|     |     |
| --- | --- |
|     | _____RETAIN |
| **Lori S. Simpson, U. S. BANKRUPTCY JUDGE** | Evidentiary Hrg: Y N<br>Exhibits Filed: Y N |

PROCEEDING MEMO – CHAPTER 11

Date: 03/03/2025 Time: 09:00

**CASE: 24-12500 Warfield Historic Properties, LLC and Warfield Restorations, LLC**

✓✓Michael J. Lichtenstein and Rebekah F. Paradis representing Warfield Historic Properties, LLC (Debtor)

Michael J. Lichtenstein and Rebekah F. Paradis representing Warfield Center, LLC (Jointly Administered Debtor)

Michael J. Lichtenstein and Rebekah F. Paradis representing Warfield Historic Quad, LLC (Jointly Administered Debtor)

Michael J. Lichtenstein and Rebekah F. Paradis representing Warfield Properties, LLC (Jointly Administered Debtor)

Michael J. Lichtenstein and Rebekah F. Paradis representing Warfield Restorations, LLC (Jointly Administered Debtor)

✓Lynn A. Kohen representing US Trustee – Greenbelt (U.S. Trustee)

[1] Chapter 11 Voluntary Petition Non-Individual . Fee Amount $1738 Filed by Warfield Historic Properties, LLC. Chapter 11 Plan Exclusivity (Small Business) expires 09/23/2024. Government Proof of Claim due by 09/23/2024. Schedule A/B due 04/9/2024. Schedule D due 04/9/2024. Schedule E/F due 04/9/2024. Schedule G due 04/9/2024. Schedule H due 04/9/2024. Statement of Financial Affairs due 04/9/2024. Summary of Assets and Liabilities due 04/9/2024. Incomplete Filings due 04/9/2024

**MOVANT** : Warfield Historic Properties, LLC BY M Lichtenstein R Paradis

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____Denied Approval_____Deadline to file Amended D/S_____

   Other_____

   Confirmed_____as modified by _____

   Denied Confirmation_____with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted_____Denied_____Withdrawn_____Consent_____Default\_\_\_\_\_Under Adv.\_\_\_\_

   Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

   Continued to: _____

DECISION:

   [ ] Signed by Court         [ ] Filed by Counsel
   [ ] To be prepared by:
      [ ] Movant's counsel      [ ] Court
      [ ] Respondent's counsel  [ ] Other _____

NOTES: B. Swallow Town of Sykesville

Status conf. held. All motions stayed pending resolution of the AP. Parties to submit consent order staying. And scheduling order for AP