Entered: May 20th, 2025
Signed: May 20th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **WARFIELD HISTORIC PROPERTIES, LLC** | ) | **Chapter 11 Case No. 24-12500** |
| **WARFIELD CENTER, LLC** | ) | **Chapter 11 Case No. 24-12504** |
| **WARFIELD HISTORIC QUAD, LLC** | ) | **Chapter 11 Case No. 24-12506** |
| **WARFIELD PROPERTIES LLC** | ) | **Chapter 11 Case No. 24-12508** |
| **WARFIELD RESTORATIONS, LLC** | ) | **Chapter 11 Case No. 24-12511** |
| | ) | **(Jointly Administered Under** |
| Debtors. | ) | **Chapter 11 Case No. 24-12500)** |

**ORDER GRANTING THIRD FEE APPLICATION OF SHULMAN ROGERS, P.A.
FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED NOVEMBER 18, 2024, THROUGH MARCH 31, 2025, AND FOR
<u>REIMBURSEMENT OF EXPENSES</u>**

UPON CONSIDERATION of the Third Fee Application of Shulman Rogers, P.A. ("Shulman Rogers"), counsel to the jointly administered Debtors Warfield Historic Properties, LLC, Warfield Historic Quad, LLC, Warfield Center, LLC, Warfield Properties LLC, and Warfield Restorations, LLC (collectively, the "Debtors"), for Allowance of Compensation for Professional Services Rendered November 18, 2024, through March 31, 2025, and for Reimbursement of Expenses, and for previously unintentionally omitted fees from April and May 2024 (the "Fee Application"), appropriate notice having been given, and this Court having found that just and sufficient cause exists for the compensation and expense reimbursement required therein, it is, by the United States Bankruptcy Court for the District of Maryland,

ADJUDGED and ORDERED, that the Fee Application, be and hereby is, APPROVED; and it is further,

ADJUDGED and ORDERED, that that fees for services rendered by Shulman Rogers in the amount of $92,156.00 and the out-of-pocket expenses incurred in the amount of $2,561.88, as stated in the Fee Application are hereby ALLOWED and APPROVED as an administrative expense of the Debtors' estates, said amounts being allowed as compensation for services and expenses incurred for the period of November 18, 2024, though March 31, 2025; and it is further,

ADJUDGED and ORDERED, that that fees for services rendered by Shulman Rogers in the amount of $44,446.50, and the out-of-pocket expenses incurred in the amount of $291.00, as stated in the Fee Application are hereby ALLOWED and APPROVED as an administrative expense of the Debtors' estates, said amounts being allowed as compensation for services and expenses incurred for the period of April and May 2024; and it is further,

ADJUDGED and ORDERED, that the Debtors are permitted to pay the fees allowed and approved herein as an administrative expense of their Estates, pursuant to 11 U.S.C. §§ 330, 331.

Copies to:

Michael J. Lichtenstein, Esq.
Rebekah F. Paradis, Esq.
Shulman, Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

Lynn A. Kohen, Esquire
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Bradley J. Swallow, Esq.
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202
bswallow@fblaw.com

Robert B. Scarlett, Esq.
Scarlett & Croll, P.A.
306 W. Chesapeake Ave.
Towson, MD 21204
Rscarlett@scarlettcroll.com

David K. Bowersox, Esquire
Hoffman, Comfort, Offut, Scott, & Halstad, LLP
24 North Court Street
Westminster, Maryland 21157

**END OF ORDER**